UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SYSKA HENNESSY GROUP, INC.,

              Plaintiff,

    v.

YAMASAKI ASSOCIATES, INC.

              Defendant.

-----------------------------------------------------------X

Case No. 08-CV-02771 (CM)

RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Yamasaki Associates, Inc. certifies that Yamasaki Associates, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       May 8, 2008

                              Zetlin & De Chiara LLP

                              By: _____
                                Michael J. Vardaro
                              Attorneys for Defendant
                              Yamasaki Associates, Inc.
                              801 Second Avenue
                              New York, New York 10017
                              (212) 682-6800