UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SYSKA HENNESSY GROUP, INC.,

                      Plaintiff(s),        Case No. 08-CV-02771 (CM)

        -against-

YAMASAKI ASSOCIATES, INC.,        **MOTION TO ADMIT COUNSEL**
                                ***PRO HAC VICE***

                    Defendant(s).
----------------------------------------------------------x

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts

for the Southern and Eastern Districts of New York, I, Michael J. Vardaro, Esq., a member in

good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro*

*hac vice* of:

                    Joseph L. Hardig, III, Esq.
                    Hardig & Hardig, PLLC
           74 West Long Lake Road, Suite 203
            Bloomfield Hills, Michigan  48304
                (248) 642-3500 (ph)
                (248) 645-1128 (fax)

    Joseph L. Hardig, III is a member in good standing of the Bar of the State of

Michigan.

      There are no pending disciplinary proceedings against Joseph L. Hardig, III, Esq. in

any State or Federal Court.

Dated:      New York, New York
              June 30, 2008

                                Zetlin & De Chiara LLP

                                _____
                                Michael J. Vardaro, Esq.
                                Attorneys for Defendant
                                Yamasaki Associates, Inc.
                                801 Second Avenue
                                New York, NY 10017
                                (212) 682-6800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

SYSKA HENNESSY GROUP, INC.,

                  Plaintiff(s),        Case No. 08-CV-02771 (CM)

        -against-             **AFFIDAVIT OF**
                                    **MICHAEL J. VARDARO, ESQ.**
YAMASAKI ASSOCIATES, INC.,        **IN SUPPORT OF MOTION**
                                      **TO ADMIT COUNSEL**
                Defendant(s).      ***PRO HAC VICE***
----------------------------------------------------------x

        Michael J. Vardaro, Esq. being duly sworn, hereby deposes and says:

        1.      I am an attorney of Zetlin & De Chiara LLP, counsel for Defendant YAMASAKI ASSOCIATES, INC. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant YAMASAKI ASSOCIATES, INC.'s motion to admit Joseph L. Hardig, III, Esq. as counsel *pro hac vice*.

        2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

        3.      Joseph L. Hardig, III, Esq. is a member of Hardig & Hardig, PLLC in Bloomfield Hills, Michigan.

        4.      It is my understanding that Mr. Hardig is a skilled attorney, a person of integrity, experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.      Joseph L. Hardig, III, Esq. is a member in good standing of the Bar of the State of Michigan. *See* Certificate of Good Standing attached hereto as Exhibit A.

6.      Accordingly, I am pleased to move the admission of Joseph L. Hardig, III, Esq., *pro hac vice* to represent Defendant YAMASAKI ASSOCIATES, INC. in this matter.

7.      A proposed order is respectfully submitted granting the admission of Joseph L. Hardig, III, Esq., *pro hac vice* and is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Joseph L. Hardig, III, Esq. to represent Defendant YAMASAKI ASSOCIATES, INC. in the above captioned matter, be granted.

Dated:      New York, New York
            June 30, 2008


                                          Zetlin & De Chiara LLP


                                          Michael J. Vardaro, Esq.
                                          Attorneys for Defendant
                                          Yamasaki Associates, Inc.
                                          801 Second Avenue
                                          New York, NY 10017
                                          (212) 682-6800


Sworn to before me this
30th day of June 2008


Notary

BRENDA CRONENBERG
Notary Public, State of New York
No. 01CR6136853
Qualified in New York County
Commission Expires November 14, 20 09

2

# State Bar of Michigan

## Certificate

### of Good Standing



This certifies that Joseph L. Hardig, III, P35457 of Bloomfield Hills, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 7, 1983 in Oakland County and became a member of the State Bar of Michigan on November 7, 1983.

Janet K. Welch
Executive Director
June 20, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

SYSKA HENNESSY GROUP, INC.,

                    Plaintiff(s),          Case No. 08-CV-02771 (CM)

        -against-

YAMASAKI ASSOCIATES, INC.,                 **ORDER FOR ADMISSION**
                                           ***PRO HAC VICE***
                    Defendant(s).          **ON WRITTEN MOTION**
---------------------------------------------------------x

        Upon the motion of Michael J. Vardaro, Esq. attorney for Defendant YAMASAKI

ASSOCIATES, INC., and Michael J. Vardaro, Esq's Affidavit in support;

        IT IS HEREBY ORDERED that:

                    Joseph L. Hardig, III, Esq.
                    Hardig & Hardig, PLLC
                 74 West Long Lake Road, Suite 203
                 Bloomfield Hills, Michigan 48304
                        (248) 642-3500 (ph)
                        (248) 645-1128 (fax)
                        jhardighppslaw.com

is admitted to practice *pro hac vice* as counsel for Defendant YAMASAKI ASSOCIATES,

INC. in the above captioned matter in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local

Rules of this Court, including the Rules governing discipline of attorneys. If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the

Clerk of Court.

Dated:  New York, New York
        June __, 2008

                                    _____
                                    Honorable Colleen McMahon
                                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

SYSKA HENNESSY GROUP, INC.,

                    Plaintiff(s),              Case No. 08-CV-02771 (CM)

          -against-

YAMASAKI ASSOCIATES, INC.,

                    Defendant(s).
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been sent via U.S. mail, postage prepaid on this 30th day of June, 2008 to the following counsel of record:

Joseph L. Hardig, III, Esq.
Hardig & Hardig, PLLC
74 West Long Lake Road, Suite 203
Bloomfield Hills, Michigan 48304
(248) 642-3500 (ph)
(248) 645-1128 (fax)

Michael T. Rogers, Esq.
Suzan Arden, Esq.
Wasserman Grubin & Rogers LLP
1700 Broadway
New York, New York 10019

_____
Louise L. Divers

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

SYSKA HENNESSY GROUP, INC.,

                            Plaintiff(s),            Case No. 08-CV-02771 (CM)/0

        -against-

YAMASAKI ASSOCIATES, INC.,                  **MOTION TO ADMIT COUNSEL**
                                            *PRO HAC VICE*

                            Defendant(s).
----------------------------------------------------------x

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts

for the Southern and Eastern Districts of New York, I, Michael J. Vardaro, Esq., a member in

good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro*

*hac vice* of:

                    Joseph L. Hardig, III, Esq.
                    Hardig & Hardig, PLLC
                74 West Long Lake Road, Suite 203
                  Bloomfield Hills, Michigan  48304
                        (248) 642-3500 (ph)
                        (248) 645-1128 (fax)

        Joseph L. Hardig, III is a member in good standing of the Bar of the State of

Michigan.

        There are no pending disciplinary proceedings against Joseph L. Hardig, III, Esq. in

any State or Federal Court.

Dated:      New York, New York
             June 30, 2008

                                               Zetlin & De Chiara LLP

                                             Michael J. Vardaro, Esq.
                                             Attorneys for Defendant
                                           Yamasaki Associates, Inc.
                                           801 Second Avenue
                                           New York, NY 10017
                                           (212) 682-6800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

SYSKA HENNESSY GROUP, INC.,

                    Plaintiff(s),              Case No. 08-CV-02771 (CM)

        -against-                              **AFFIDAVIT OF**
                                               **MICHAEL J. VARDARO, ESQ.**
YAMASAKI ASSOCIATES, INC.,                     **IN SUPPORT OF MOTION**
                                               **TO ADMIT COUNSEL**
                    Defendant(s).              ***PRO HAC VICE***

--------------------------------------------------------x

Michael J. Vardaro, Esq. being duly sworn, hereby deposes and says:

1.      I am an attorney of Zetlin & De Chiara LLP, counsel for Defendant

YAMASAKI ASSOCIATES, INC. in the above captioned action.  I am familiar with the

proceedings in this case.  I make this statement based on my personal knowledge of the facts

set forth herein and in support of Defendant YAMASAKI ASSOCIATES, INC.'s motion to

admit Joseph L. Hardig, III, Esq. as counsel *pro hac vice*.

2.      I am a member in good standing of the bar of the State of New York, and was

admitted to practice law in April 1997.  I am also admitted to the bar of the United States

District Court for the Southern District of New York, and am in good standing with this

Court.

3.      Joseph L. Hardig, III, Esq. is a member of Hardig & Hardig, PLLC in

Bloomfield Hills, Michigan.

4.      It is my understanding that Mr. Hardig is a skilled attorney, a person of

integrity, experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.      Joseph L. Hardig, III, Esq. is a member in good standing of the Bar of the State of Michigan. *See* Certificate of Good Standing attached hereto as Exhibit A.

6.      Accordingly, I am pleased to move the admission of Joseph L. Hardig, III, Esq., *pro hac vice* to represent Defendant YAMASAKI ASSOCIATES, INC. in this matter.

7.      A proposed order is respectfully submitted granting the admission of Joseph L. Hardig, III, Esq., *pro hac vice* and is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Joseph L. Hardig, III, Esq. to represent Defendant YAMASAKI ASSOCIATES, INC. in the above captioned matter, be granted.

Dated:      New York, New York
            June 30, 2008

                                        Zetlin & De Chiara LLP

                                        Michael J. Vardaro, Esq.
                                        Attorneys for Defendant
                                        Yamasaki Associates, Inc.
                                        801 Second Avenue
                                        New York, NY 10017
                                        (212) 682-6800

Sworn to before me this
30th day of June 2008

Notary

BRENDA CRONENBERG
Notary Public, State of New York
No. 01CR6136853
Qualified in New York County
Commission Expires November 14, 20 09

2

# State Bar of Michigan

## Certificate

### of Good Standing



This certifies that Joseph L. Hardig, III, P35457 of Bloomfield Hills, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 7, 1983 in Oakland County and became a member of the State Bar of Michigan on November 7, 1983.

Janet K. Welch
Executive Director
June 20, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SYSKA HENNESSY GROUP, INC.,

                         Plaintiff(s),          Case No. 08-CV-02771 (CM)

          -against-

YAMASAKI ASSOCIATES, INC.,                      **ORDER FOR ADMISSION**
                                                ***PRO HAC VICE***
                         Defendant(s).          **ON WRITTEN MOTION**
----------------------------------------------------------x
          Upon the motion of Michael J. Vardaro, Esq. attorney for Defendant YAMASAKI

ASSOCIATES, INC., and Michael J. Vardaro, Esq's Affidavit in support;

          IT IS HEREBY ORDERED that:

                    Joseph L. Hardig, III, Esq.
                    Hardig & Hardig, PLLC
                 74 West Long Lake Road, Suite 203
                 Bloomfield Hills, Michigan 48304
                         (248) 642-3500 (ph)
                         (248) 645-1128 (fax)
                         jhardighppslaw.com

is admitted to practice *pro hac vice* as counsel for Defendant YAMASAKI ASSOCIATES,

INC. in the above captioned matter in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local

Rules of this Court, including the Rules governing discipline of attorneys. If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the

Clerk of Court.

Dated:   New York, New York
         June __, 2008

                                        _____
                                        Honorable Colleen McMahon
                                        United States District Judge