UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SYSKA HENNESSY GROUP, INC.,

                     Plaintiff(s),              Case No. 08-CV-02771 (CM)

          -against-

YAMASAKI ASSOCIATES, INC.,         **ORDER FOR ADMISSION**
                                        ***PRO HAC VICE***
              Defendant(s).     **ON WRITTEN MOTION**
-------------------------------------------------------------x
Upon the motion of Michael J. Vardaro, Esq. attorney for Defendant YAMASAKI

ASSOCIATES, INC., and Michael J. Vardaro, Esq's Affidavit in support;

    IT IS HEREBY ORDERED that:

Joseph L. Hardig, III, Esq.
Hardig & Hardig, PLLC
74 West Long Lake Road, Suite 203
Bloomfield Hills, Michigan  48304
(248) 642-3500 (ph)
(248) 645-1128 (fax)
jhardighppslaw.com

is admitted to practice *pro hac vice* as counsel for Defendant YAMASAKI ASSOCIATES,

INC. in the above captioned matter in the United States District Court for the Southern

District of New York.  All attorneys appearing before this Court are subject to the Local

Rules of this Court, including the Rules governing discipline of attorneys.  If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at www.nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the

Clerk of Court.

Dated:  New York, New York
       ~~June~~ 7, 2008
       July

                                      Honorable Colleen McMahon
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/7/08___